ABRAHAM SIEGEL and J. WESLEY MILLER, Copartners, etc., Appellants, v. JERRY BARTON, etc., Respondent.— Order of the County Court of Nassau county, denying plaintiffs' motion for summary judgment, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that defendant's answer and answering affidavit

---

* See 219 App. Div. 825, 826.— [REP.

fail to establish that there is an issue of fact to be tried. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.